USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/7/2018___

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN MICHAEL MERRYMAN, AMY WHITAKER MERRYMAN TRUST, B MERRYMAN AND A MERRYMAN 4TH GENERATION REMAINDER TRUST, and CHESTER COUNTY EMPLOYEES RETIREMENT FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Civil Action No. 1:15-cv-09188-VEC |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS Plaintiffs Benjamin Michael Merryman, Amy Whitaker Merryman Trust and B Merryman, A Merryman 4th Generation Remainder Trust and Chester County Employees Retirement Fund ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("JPM") (together with Plaintiffs, "Parties") entered into a Stipulation and Protective Order, which was entered by the Court on April 7, 2017 (ECF No. 67) ("Protective Order"); and

WHEREAS the Protective Order applies to "Material produced by third parties, who by joint stipulation of the Parties filed prior to any production, agree to be governed by this Protective Order" (Protective Order at ¶¶ I.B,C, E); and

WHEREAS Plaintiffs served subpoenas on third party Equiniti Trust Company ("Equiniti") on March 2, 2018 and May 3, 2018 (collectively, "Equiniti Subpoenas"); and

WHEREAS Equiniti served responses and objections to the March 2, 2018 subpoena on April 2, 2018, and will serve responses and objections to the May 3, 2018 subpoena; and

WHEREAS Equiniti wishes to produce documents pursuant to the Equiniti Subpoenas; and

WHEREAS Plaintiffs, JPM and Equiniti wish that Equiniti by bound by the Protective Order for the limited purpose of responding to the Equiniti Subpoenas.

NOW, THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed:

1.      Equiniti shall be bound by the Protective Order for the limited purpose of responding to the Equiniti Subpoenas.

2.      Pursuant to the Protective Order, in responding to the Equinity Subpoenas, Equiniti may stamp material that it produces as "Confidential" or "Highly Confidential."

SO STIPULATED AND AGREED:

_____
Joseph H. Meltzer
Sharan Nirmul
Ethan J. Barlieb (admitted pro hac vice)
Jonathan Neumann
KESSLER TOPAZ MELTZER
   & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@ktmc.com
       snirmul@ktmc.com
       ebarlieb@ktmc.com
       jneumann@ktmc.com

*Attorneys for Plaintiffs*

_____
Eric Epstein
Amanda M. Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY
10019-6119
Tel: (212) 415-9309
Fax: (212) 953-7201
Email: epstein.eric@dorsey.com

*Attorneys for Non-Party Equiniti Trust
Company*

_____
Susan L. Saltzstein
Jeffrey S. Geier
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
Email: Susan.Saltzstein@skadden.com
       Jeffrey.Geier@skadden.com

*Attorneys for JPMorgan Chase Bank, N.A.*

SO ORDERED.
Dated: _____ May 7 , 2018

_____
VALERIE E. CAPRONI, U.S.D.J.