UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BENJAMIN MICHAEL MERRYMAN, AMY :
WHITAKER MERRYMAN TRUST, B :
MERRYMAN AND A MERRYMAN 4TH :
GENERATION REMAINDER TRUST, and :
CHESTER COUNTY EMPLOYEES :
RETIREMENT FUND, individually and on behalf :
of all others similarly situated, :
                                                        Plaintiffs, :
                                           -against- :
J.P. MORGAN CHASE BANK, N.A., :
                                                    Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2018

15-CV-9188 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

     WHEREAS on April 12, 2018 (Dkt. 90), the parties reported to the Court that they have executed a term sheet to settle all claims in this action;

     IT IS HEREBY ORDERED THAT:

     1.     All deadlines in this case are STAYED.  The April 20, 2018 conference is CANCELLED.

     2.     No later than **May 29, 2018**, the parties must move for preliminary class certification and preliminary approval of their proposed class action settlement.  The parties' submissions must follow this Court's Individual Practices in Civil Cases, Rule 5.

     3.     No later than **May 4, 2018**, the parties must inform the Court whether they require third-party discovery relating to class notice.

**SO ORDERED.**

Date: April 13, 2018
         New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**