# EXHIBIT B



**KCC Class Action Services Resume**

KCC is an industry leader in class action settlement administration. We administer claims processes and distribute funds in a vast array of varying matters, ranging from small and simple settlements to multi-year complex settlements involving millions of claimants.

KCC's parent company, Computershare, is a $6 billion publicly-traded company which, among its many business lines, provides global financial services centering on communications with customers on behalf of our corporate clients. Computershare employs over 16,000 people and does business with more than 16,000 clients in more than 21 countries. KCC's operations are regulated by federal agencies, including both the SEC and OCC. KCC has the largest infrastructure in the class action industry, and is backed by superior data security, call center support and technology. In addition to the immense resources and capabilities brought to bear through Computershare, KCC can execute all operations in-house with zero outsourcing; a capacity which allows for full quality control over each aspect of service.

KCC has administered over 6,500 class action settlements and handled thousands of distribution engagements in other contexts as well. Our domestic infrastructure includes call centers with over 1,200 seats, claims intake facilities that can open and scan 200,000 claims in a single day, and document production capabilities that print and mail millions of documents annually. Last year, our disbursement services team distributed over half a trillion dollars.

**Locations**
KCC has an administrative office in El Segundo, CA, an operation office in San Rafael, CA, and presence in the East Coast, South and Midwest. In addition to these offices, KCC has the global support of Computershare. In the United States Computershare has more than 20 offices.

**KCC Personnel**
KCC's experienced team of experts knows first-hand the intricacies contained in every aspect of settlement administration, and approach each matter with careful analysis and procedural integrity. Each client is assigned a team of experienced consultants, specialists and technology experts who serve as knowledgeable, reliable and accessible partners that have earned a reputation for exceeding clients' expectations. KCC's executive team – Gerry Mullins, President; Patrick Ivie, Senior Executive Vice President; Daniel Burke, Executive Vice President; Peter Crudo, Executive Vice President; and Patrick Passarella, Senior Vice President – are experienced industry leaders.

Our personnel have considerable experience which includes years of practice with KCC and related endeavors. KCC's professionals have extensive training, both on-the-job and formal, such as undergraduate and advanced business, information technology and law degrees, and they possess and/or have had licenses and certificates in disciplines that are relevant to class action administration.

**Recognition**
Our high-quality, cost-effective notice and settlement administration services have been recognized by *The National Law Journal*, *The New York Law Journal, The New Jersey Law Journal, The Recorder, Legal Intelligencer, Legal Times* and other leading publications. KCC has earned the trust and confidence of our clients with our track record as a highly-responsive partner.



| Settlement Value | |
| Case | Value |
| --- | --- |
| Fortis Settlement | $1,572,690,000 |
| U.S.A. v. The Western Union Company | $586,000,000 |
| Vaccarino v. Midland National Life Ins. Co | $555,000,000 |
| Safeco v. AIG | $450,000,000 |
| Johnson v. Caremark Rx, LLC | $310,000,000 |
| In re Activision Blizzard, Inc. Stockholder Litigation | $275,000,000 |
| Harborview MBS | $275,000,000 |
| Dial Corp. v. News Corporation, et al. | $244,000,000 |
| In re Medical Capital Securities Litigation Settlement | $219,000,000 |
| In Re: NCAA Athletic Grant-In-Aid Antitrust Litigation | $208,664,445 |
| Gutierrez v. Wells Fargo Bank, N.A | $203,000,000 |
| Bell v. Farmers - Bell III | $170,000,000 |
| McReynolds v. Merrill Lynch | $160,000,000 |
| Haddock v. Nationwide Life Insurance Co. Settlement | $140,000,000 |
| Miramonte Qualified Settlement Fund | $139,500,000 |
| In re Freeport-McMoran Copper & Gold Inc. Derivative Litigation Notice | $137,500,000 |
| Bank of America, et al. v. El Paso Natural Gas Company, et al. | $115,000,000 |
| Rural/Metro Corporation Stockholders Litigation | $97,793,880 |
| J.C. Penney Securities Litigation | $97,500,000 |
| Smokeless Tobacco Cases | $96,000,000 |
| Oubre v. Louisiana Citizens | $92,865,000 |
| Ormond, et al, v. Anthem, Inc. | $90,000,000 |
| In re DRAM Antitrust Litigation | $87,750,000 |
| Ideal v. Burlington Resources Oil & Gas Company LP | $85,000,000 |
| Willoughby v. DT Credit Corporation, et al. (Drivetime) | $78,000,000 |
| Bank of America Wage and Hour Employment Practices Litigation | $73,000,000 |
| WaMu TIA | $69,000,000 |
| Dana Corporation Securities Litigation | $65,000,000 |
| Abarca v. and Hernandez v. Merck & Co., Inc. | $60,000,000 |
| Birchmeier et al. v. Caribbean Cruise Line, Inc. | $56,000,000 |
| In re Intercept Pharmaceuticals, Inc. Securities Litigation | $55,000,000 |
| Ideal v. BP America | $55,000,000 |
| United States of America v JP Morgan Chase Bank, NA | $54,300,000 |
| In re Apple iPhone/iPod Warranty Litigation | $53,000,000 |
| Eck v. City of Los Angeles, et al. | $52,000,000 |
| Edwards v. National Milk Producers Federation et al. | $52,000,000 |
| DeLaTorre Qualified Settlement Fund | $51,900,000 |
| Anderson v. The Attorney General of Canada | $50,000,000 |
| eMachine Consumer Settlement | $50,000,000 |



| Class Members | |
|---|---|
| Case | Volume |
| Edwards v. National Milk Producers Federation et al. | 90,000,000 |
| The Home Depot, Inc. Customer Data Security Breach Litigation | 40,000,000 |
| Cassese v. WashingtonMutual | 23,200,344 |
| In Re Lithium Ion Batteries Antitrust Litigation | 16,000,000 |
| Gordon v. Verizon Communications, Inc. | 15,236,046 |
| Opperman et al v. Path, Inc. | 14,000,000 |
| Discover TCPA | 9,830,433 |
| Elvey v. TD Ameritrade, Inc. | 8,639,226 |
| Russell v. Kohl's Department Stores Inc. | 8,500,000 |
| Suchanek v. Sturm Foods, Inc., Grove Square Coffee Class Certification | 8,200,000 |
| Shames v. The Hertz Corporation | 7,271,238 |
| In re MagSafe Power Adapter Litigation | 5,293,952 |
| Portfolio Recovery Associates Telephone Consumer Protection Act Litigation | 5,000,000 |
| Morales v. Conopco Inc. dba Unilever (TRESemmé Naturals) | 5,000,000 |
| Tammy Raab v. Kent W. Abernathy & Indiana Bureau of Motor Vehicles II | 5,000,000 |
| Raab v. Waddell and The Indiana Bureau of Motor Vehicles | 4,677,968 |
| In re Lidoderm Antitrust Litig. Class Cert. | 4,400,000 |
| Couser v Comenity Bank | 4,115,621 |
| Torczyner v. Staples, Inc. | 4,000,000 |
| Siciliano v. Apple, Inc. | 4,000,000 |
| Horosny v. Burlington Coat Factory of California LLC | 3,700,000 |
| Apple Purchase Litigation | 3,548,612 |
| Flaum v. Subway | 3,503,113 |
| Luster v. Wells Fargo | 3,385,048 |
| Kearney v. Equilon Enterprises LLC dba Shell Oil | 3,000,000 |
| Walter, et al. v. Hughes Communications, Inc., et al. | 2,792,574 |
| Cappalli v. BJ's Wholesale Club, Inc. | 2,767,358 |
| Shurtleff v. Health Net of California, Inc. | 2,529,949 |
| Clark v. Gannett Co. Inc. et al. | 2,500,000 |
| Alvarez v. Kmart Holding Corp. | 2,240,000 |
| Mullins v. Direct Digital LLC | 2,200,000 |
| Nicole Newman v. AmeriCredit Financial Services | 2,033,588 |
| Hankinson, et al. v. RTG Furniture Corp., dba Rooms To Go | 2,000,000 |
| National Veterans Legal Services Program, et al. v. United State | 2,000,000 |
| Davenport v. Discover | 2,000,000 |
| Ayyad v. Sprint | 2,000,000 |