**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/19/2018___

June 18, 2018

**BY ECF**

The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

RE:   Merryman v. JPMorgan Chase Bank, N.A., No. 1:15-cv-09188-
      VEC

Dear Judge Caproni:

We represent the parties in the above-captioned action. As reflected in our May 4, 2018 letter, certain third-party discovery relating to class notice has been sought from Equiniti Trust Company ("Equiniti"). In a "So Ordered" stipulation signed by the Court on May 7, 2018, the Court extended the Protective Order in this action to Equiniti. The parties now respectfully request that the Court endorse the attached stipulation and proposed order making limited modification to the Protective Order in order to enable the parties to provide notice to the putative class members and notice in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715. All parties and Equiniti have executed the stipulation and proposed order and Defendant intends to provide the CAFA notice this week.

The parties are available at the Court's convenience to discuss any questions Your Honor may have.

Respectfully submitted,

KESSLER TOPAZ
MELTZER & CHECK, LLP

Sharan Nirmul
Ethan Barlieb
Jonathan Neumann
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: snirmul@ktmc.com
Email: ebarlieb@ktmc.com
Email: jneumann@ktmc.com
*Counsel for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

Susan Saltzstein
Jeffrey Geier
Four Times Square
New York, NY 10036-6522
Tel: (212) 735-3000
Fax: (212)-735-2000
Email: Susan.Saltzstein@skadden.com
Email: Jeffrey.Geier@skadden.com

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN MICHAEL MERRYMAN, AMY WHITAKER MERRYMAN TRUST, B MERRYMAN AND A MERRYMAN 4TH GENERATION REMAINDER TRUST, and CHESTER COUNTY EMPLOYEES RETIREMENT FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Civil Action No. 1:15-cv-09188-VEC |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Benjamin Michael Merryman, Amy Whitaker Merryman Trust and

B Merryman and A Merryman 4th Generation Remainder Trust and Chester County Employees

Retirement Fund (collectively, "Plaintiffs") filed an Amended Complaint in this action on

November 21, 2016 (the "Complaint");

WHEREAS, Defendant JPMorgan Chase Bank, N.A. ("Defendant," and

collectively with Plaintiffs, the "Parties") and Plaintiffs entered into a Stipulation and Protective

Order, so ordered by the Court on April 7, 2017 (the "Protective Order"), which provides that

material may be designated by the Parties as "Confidential" or "Highly Confidential";

WHEREAS, pursuant to the Protective Order, material may be designated

"Confidential" or "Highly Confidential" by third parties who "by joint stipulation of the Parties

filed prior to any production, agree to be governed by [the] Protective Order";

WHEREAS, material designated as Highly Confidential under the Protective Order may only be disclosed to certain enumerated categories of persons or entities;

WHEREAS, Plaintiffs served third party Equiniti Trust Company ("Equiniti") with subpoenas to Produce Documents, Information, or Objects on March 2, 2018 and May 3, 2018 (the "Equiniti Subpoenas"), and in response Equiniti produced various documents (the "Equiniti Documents");

WHEREAS, prior to production of the Equiniti Documents, the Parties and Equiniti entered a joint stipulation, so ordered by the Court on May 7, 2018, whereby Equiniti agreed to be bound by the Protective Order for the limited purpose of responding to the Equiniti Subpoenas;

WHEREAS, Equiniti designated the Equiniti Documents Highly Confidential under the Protective Order;

WHEREAS, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement on June 12, 2018;

WHEREAS, information found in the Equiniti Documents is required for administration of claims under the proposed class action settlement;

WHEREAS, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, Defendant intends to provide notice of the proposed class action settlement to certain State and Federal officials (the "CAFA Notice Recipients");

WHEREAS, such notice is required to include information found in the Equiniti Documents;

NOW, THEREFORE, it is hereby stipulated and agreed:

2

1.     The Protective Order is modified so that the data provided by Equiniti, despite its designation as "Highly Confidential," is nevertheless permitted to be used for the following limited purposes:

(a)     Plaintiffs are permitted to use the Equiniti Documents and any information therein for the purpose of administering claims under the proposed class action settlement. Plaintiffs may share the Equiniti Documents with a claims administrator, including any employees or agents of such claims administrator, and disclose information found in the Equiniti Documents with potential members of the settlement class to the extent reasonably necessary in connection with the administration of the settlement.

(b)     Defendant is permitted to disclose information contained in the Equiniti Documents to the CAFA Notice Recipients. Such information may include, but is not limited to, the names, addresses and relevant securities held by potential members of the settlement class. Determination of which individuals and entities shall be deemed CAFA Notice Recipients is within Defendant's sole discretion. Defendant will request that the CAFA Notice Recipients keep the information derived from the Equiniti Documents confidential.

2.     Except as provided herein, the Equiniti Documents shall remain Highly Confidential, and the Parties do not waive any rights under the Protective Order with respect to the Equiniti Documents or any other documents produced pursuant to the Protective Order.

3

SO STIPULATED AND AGREED.

Joseph H. Meltzer
Sharan Nirmul
Ethan J. Barlieb (admitted pro hac vice)
Jonathan Neumann
KESSLER TOPAZ MELTZER
   & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@ktmc.com
       snirmul@ktmc.com
       ebarlieb@ktmc.com
       jneumann@ktmc.com

*Attorneys for Plaintiffs*

Susan L. Saltzstein
Jeffrey S. Geier
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
Email: Susan.Saltzstein@skadden.com
       Jeffrey.Geier@skadden.com

*Attorneys for JPMorgan Chase Bank, N.A.*

Eric Epstein
Amanda M. Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY
10019-6119
Tel: (212) 415-9309
Fax: (212) 953-7201
Email: epstein.eric@dorsey.com
       prentice.amanda@dorsey.com

*Attorneys for Non-Party Equiniti Trust.
Company*

SO ORDERED.

Dated: _____, 2018

_____
VALERIE E. CAPRONI, U.S.D.J.

4

SO STIPULATED AND AGREED.

Joseph H. Meltzer
Sharan Nirmul
Ethan J. Barlieb (admitted pro hac vice)
Jonathan Neumann
KESSLER TOPAZ MELTZER
    & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@ktmc.com
       snirmul@ktmc.com
       ebarlieb@ktmc.com
       jneumann@ktmc.com

*Attorneys for Plaintiffs*

Eric Epstein
Amanda M. Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY
10019-6119
Tel: (212) 415-9309
Fax: (212) 953-7201
Email: epstein.eric@dorsey.com
       prentice.amanda@dorsey.com

*Attorneys for Non-Party Equiniti Trust
Company*

SO ORDERED.

Dated: _____June 18_____, 2018

Susan L. Saltzstein
Jeffrey S. Geier
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
Email: Susan.Saltzstein@skadden.com
       Jeffrey.Geier@skadden.com

*Attorneys for JPMorgan Chase Bank, N.A.*

VALERIE E. CAPRONI, U.S.D.J.

4