UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BENJAMIN MICHAEL MERRYMAN, AMY
WHITAKER MERRYMAN TRUST, B
MERRYMAN AND A MERRYMAN 4TH
GENERATION REMAINDER TRUST, and
CHESTER COUNTY EMPLOYEES
RETIREMENT FUND, individually and on behalf
of all others similarly situated,

                               Plaintiffs,

                      -against-

J.P. MORGAN CHASE BANK, N.A.,

                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2018

15-CV-9188 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS on June 12, 2018, the parties moved for preliminary approval of their proposed class action settlement (*see* Dkts. 97–99); and

       WHEREAS the parties' Stipulation and Agreement of Settlement refers to a confidential Supplemental Agreement (*see* Dkt. 99, ¶ 32);

       IT IS HEREBY ORDERED THAT no later than **July 16, 2018**, the parties must email the Supplemental Agreement to the Court for review under seal. The parties must also file the Supplemental Agreement with the Sealed Records Department, pursuant to this Court's Individual Practices in Civil Cases, Rule 4(A)(ii).

**SO ORDERED.**

Date: July 13, 2018
      New York, New York

                                                           **VALERIE CAPRONI**
                                                          **United States District Judge**