UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BENJAMIN MICHAEL MERRYMAN, AMY
WHITAKER MERRYMAN TRUST, B
MERRYMAN AND A MERRYMAN 4TH
GENERATION REMAINDER TRUST, and
CHESTER COUNTY EMPLOYEES
RETIREMENT FUND, individually and on behalf
of all others similarly situated,

                                           Plaintiffs,

-against-

J.P. MORGAN CHASE BANK, N.A.,

                                           Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2018

15-CV-9188 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 1, 2018 (Dkt. 105), Plaintiffs filed an unopposed motion to modify the Court-approved notice plan and schedule for approval of settlement (the "Motion");

      IT IS HEREBY ORDERED THAT the parties must appear for a conference to discuss the Motion with this Court on **December 20, 2018 at 3:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

Date: December 13, 2018
New York, New York

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**